**Order entered September 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00764-CV

## IN RE STEVEN DAVIDSON, IN HIS CAPACITY AS TRUSTEE OF THE PETER DEMOORE TRUST, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-21-02976-2**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus. We also **LIFT** the stay issued by this Court's August 4, 2022 Order.


/s/    ERIN A. NOWELL
        JUSTICE